JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY J. F., | CASE NO. EDCV 21-01168-AGR |
| Plaintiff, | |
| v. | JUDGMENT |
| DR. KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment is entered for Defendant, the Commissioner of Social Security Administration.

DATED: September 8, 2022

ALICIA G. ROSENBERG
United States Magistrate Judge